**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| INKSYNC INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>NELKOGLOBAL and SHIYIBA,<br><br>    Defendants. | Case No. 25 C 9625<br><br>**Hon. Judge LaShonda A. Hunt** |

**ORDER AUTHORIZING EXPEDITED DISCOVERY**

THIS CAUSE being before the Court on Plaintiff INKSYNC INC. ("Plaintiff" or "Inksync") Motion for Limited Expedited Discovery (the "Motion") (Dkt. 9) against Defendants Nelkoglobal and Shiyiba, and this Court having considered the Motion and accompanying record, GRANTS Plaintiff's Motion as follows:

1. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for the Defendants, or in connection with Defendants' Online Marketplace, including, without limitation, any online marketplace platforms such as Amazon.com (the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of documents and records in such person's or entity's possession or control relating to:

a) the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and any persons acting in active concert or participation with it, including all known contact information and all associated e-mail addresses; and

1

b) the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to its Online Marketplace.

**Dated**: September 5, 2025                **ENTERED**:

*LaShonda A. Hunt*
───────────────────────
LaShonda A. Hunt
United States District Judge