**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

INKSYNC INC.
                          Plaintiff,

v.                                              Case No.: 1:25−cv−09625
                                                     Honorable LaShonda A. Hunt

NelkoGlobal, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 14, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff/Counter−Defendant Inksync Inc.'s response to Defendants/Counter−Plaintiffs NelkoGlobal and shiyiba's counterclaim [34] is due by 12/5/25. The parties are ordered to file a Joint Initial Status Report for New Case by 12/12/25. A template for the report can be found on Judge Hunt's webpage under "Initial Status Conference and Status Report." The Clerk's office is directed to: (1) terminate Defendant The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A; and (2) update the docket caption to read: Inksync Inc. v. NelkoGlobal, et al. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.